# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:03CR135

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **Marc Porreca** | ) | |

This matter is before the court upon the Defendant's Amended Motion Seeking Permission for Defendant to Travel to Los Angeles to Speak with Counsel [doc. # 90] filed on September 23, 2005.

For cause shown, the motion is hereby **granted,** and **IT IS ORDERED** that the defendant be allowed to travel to Los Angeles on September 26, 2005. Upon conclusion of his travel, Mr. Porreca will return to West Virginia.

**IT IS FURTHER ORDERED** that the ankle-brace used for tracking Mr. Porreca will remain around his ankle, and that Mr. Porreca will follow all other conditions of his supervised release, as well.

The Clerk is directed to certify copies of this order to defendant, counsel for defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

IT IS SO ORDERED.

**Signed: September 24, 2005**

Graham C. Mullen
Chief United States District Judge