# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:03CR135

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **Marc Porreca** ) | |

This matter is before the court upon the Defendant's Motion Seeking Permission to Travel [doc. # 89] filed on September 22, 2005.

Because an Amended Motion [doc. # 90] was filed on September 23, 2005, this motion [doc. #89] is **DENIED AS MOOT.**

SO ORDERED.

**Signed: September 24, 2005**

Graham C. Mullen
Chief United States District Judge