Marc Porreca
Page 3
March 7, 2006

F I L E D
CHARLOTTE, N. C.

MAR 1 3 2006

U. S. DISTRICT COURT
W. DIST. OF. N. C.

The United States Probation Office for the Northern District of West Virginia is authorized to pay Marc Porreca's (Dkt. No.: 3:03CR135-1-MU) outstanding Electronic Monitoring fee of $29.25 to G4S Justice Services, Inc. (formally Securicor EMS).

_Carl Horn III_ Approve          _March 7, 2006_
    Signature                              Date
Carl Horn, III
U.S. Magistrate Judge


_____ Deny          _____
    Signature                              Date